IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL THOMAS HENDERSON, JR.,

    Petitioner,                        No. CIV S-08-3028 MCE CHS P

    vs.

D.K. SISTO,

    Respondent.

## ORDER

Petitioner has filed a timely notice of appeal of this Court's January 14, 2010 order denying his application for writ of habeas corpus and has requested that a certificate of appealability issue. Since petitioner is challenging the decision of the California Board of Prison Terms that he is not suitable for parole, a certificate of appealability is not required for this appeal to be processed. *See Rosas v. Nielsen*, 428 F.3d 1229, 1231-32 (9th Cir. 2005).

Accordingly, IT IS HEREBY ORDERED that petitioner's January 29, 2010 request that a certificate of appealability issue is denied as unnecessary.

DATED: February 5, 2010

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1