IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL THOMAS HENDERSON, JR.,

    Petitioner,                                      No. CIV S-08-3028 MCE CHS P

    vs.

D.K. SISTO,

    Respondent.                     ORDER

                                    /

        Petitioner's application for writ of habeas corpus was denied on January 14, 2010. Petitioner filed a timely notice of appeal with regard to that decision and his appeal has been processed to the Ninth Circuit.

        On February 25, 2010, petitioner filed a motion to proceed on appeal in forma pauperis.[1] Petitioner's declaration makes the showing required by 28 U.S.C. § 1915(a), and his request to proceed in forma pauperis on appeal will be granted.

        Petitioner also makes a second request that a certificate of appealability issue. This court previously denied his request for a certificate of appealability as unnecessary for the

---

[1] Petitioner asserts that he previously filed an application to proceed informa pauperis in this case, however, the docket reflects that petitioner paid the $5.00 filing fee to proceed in this court on December 16, 2008.

1

appeal to be taken. Petitioner indicates that he received a form notice from the Ninth Circuit informing him that a certificate of appealability is required for all appellants in actions filed pursuant to 28 U.S.C. § 2254.

A certificate of appealability is required in order for an appeal to be taken from a district court's final order in a section 2254 habeas corpus proceeding in cases where "the detention complained of arises out of the process issued by a State court." 28 U.S.C. § 2253. The Ninth Circuit construed this language in *White v. Lambert*, 370 F.3d 1002 (9th Cir. 2004), *cert. denied*, 543 U.S. 991 (2005) to hold that a certificate of appealability "is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." *Id*. at 1010; *see also Rosas v. Nielsen*, 428 F.3d 1229, 1231 (9th Cir. 2005). Thus, the district court looks at who made "the detention decision complained of by the state prisoner," an administrative body or a judicial one, in determining whether a certificate of appealability is required. *White*, 370 F.3d at 1010.

Here, petitioner challenged the May 30, 2007 decision of the Board of Parole Hearings that he was unsuitable for parole; this was a decision of a state administrative body as opposed to a state judicial decision. A certificate of appealability is not required for his appeal to be taken to the Ninth Circuit Court of Appeals.

Good cause shown, IT IS HEREBY ORDERED that petitioner's February 25, 2010 motion is GRANTED to the extent that petitioner is granted in forma pauperis status for appeal; petitioner is advised that a certificate of appealability is not necessary for his appeal to issue since he challenges the decision of the California Board of Parole Hearings, a state administrative body.

DATED: March 1, 2010

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE